# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         CALIFORNIA

## APPEARANCE

Case Number: 08mj2190

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EZEQUIEL VIRGEN-PEREZ

I certify that I am admitted to practice in this court.

| 7/23/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD   228083 |
| | Print Name                                      Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City           State           Zip Code |
| | (619) 234-8467           (619) 687-2666 |
| | Phone Number                Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  ) <br>             Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> EZEQUIEL VIRGEN-PEREZ, ) <br>  ) <br>             Defendant. ) <br>_____) | Case No. 08mj2190 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

     United States Attorney's Office
     880 Front Street
     San Diego, CA  92101

Dated:  July 23, 2008                     */s/ John C. Ellis, Jr.*
                                               JOHN C. ELLIS, JR.
                                               Federal Defenders
                                               225 Broadway, Suite 900
                                               San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
                                               (619) 687-2666  (fax)
                                               john_ellis@fd.org