UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj2190 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| Ezequiel Virgen-Perez ) | RELEASING MATERIAL WITNESS |
| ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

JAIME GARCIA-SANTA MARIA

DATED: 7/31/08

RECEIVED _____ DUSM

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk

R. F. MESSIG

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062